DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ross<br><br>Case below:<br>177 N.C. App. 566 | No. 335P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1256) | Denied<br>8/17/06 |
| State v. Sink<br><br>Case below:<br>178 N.C. App. 217 | No. 347P06 | 1. Def's Motion for Temporary Stay<br>(COA05-874)<br><br>2. Def's Petition for Writ of Supersedeas<br>(COA05-874)<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>07/10/06<br><br>2. Denied<br>8/17/06<br><br>3. Denied |
| State v. Stroud<br><br>Case below:<br>Durham County<br>Superior Court | No. 162A95-4 | Def's PWC to Review Order of Durham<br>County Superior Court | Denied<br>8/17/06 |
| State v. Thompson<br><br>Case below:<br>173 N.C. App. 449 | No. 177P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-1268)<br><br>2. Def's PWC to Review Decision of COA | 1. Dismissed<br>8/17/06<br><br>2. Denied<br>8/17/06 |
| State v. Titus<br><br>Case below:<br>177 N.C. App. 567 | No. 321P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1195) | Denied<br>8/17/06 |
| State v. Williams<br><br>Case below:<br>177 N.C. App. 725 | No. 369P06 | Def's "Requests for Review" (COA05-978) | Denied<br>8/17/06 |
| State v. Wissink<br><br>Case below:<br>172 N.C. App. 829 | No. 484P05 | AG's Motion for Temporary Stay<br>(COA04-1081) | Allowed<br>Pending<br>Determination<br>of the State's<br>PDR<br>09/01/05 |
| Teague v. N.C. Dep't<br>of Transp.<br><br>Case below:<br>177 N.C. App. 215 | No. 281P06 | Petitioner's PDR Under N.C.G.S. § 7A-31<br>(COA05-522) | Denied<br>8/17/06 |
| Terrell v. Chatham<br>Cty.<br><br>Case below:<br>177 N.C. App. 567 | No. 319P06 | 1. Petitioner's (Bonnie Terrell) Motion to<br>Substitute Party Pursuant to Rule 38<br>(COA05-851)<br><br>2. Petitioner's (Bonnie Terrell) PDR<br>Under N.C.G.S. § 7A-31<br><br>3. Petitioner's (Bonnie Terrell) Alternative<br>PWC to Review Decision of COA | 1. Dismissed as<br>Moot<br>8/17/06<br><br>2. Denied<br>8/17/06<br><br>3. Denied<br>8/17/06 |